


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| CAMERON MAYS | CIVIL ACTION NO. 13-cv-0603 |
|---|---|
| VERSUS | JUDGE STAGG |
| CLAIBORNE PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of March, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE